Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone:   (916) 446-0790
Facsimile:   (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Creditor
AG-SEEDS UNLIMITED

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>P&M SAMRA LAND INVESTMENTS, LLC,<br><br>Debtor. | CASE NO. 15-29136<br>Chapter 12<br>DCN: MAS-10<br><br>**NOTICE OF HEARING ON MOTION TO DISMISS CASE BASED ON DEFAULT UNDER CONFIRMED PLAN**<br><br>Date:   February 5, 2018<br>Time:  10:00 a.m.<br>Dept:   A |

TO THE DEBTOR, THE CHAPTER 12 TRUSTEE, U.S. TRUSTEE, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on February 5, 2018 at 10:00 a.m. of Department A, Courtroom 28 of the United States Bankruptcy Court for the Eastern District of California located at 501 I Street, 7th Floor, Sacramento, California 95814, a hearing will be held on the motion of creditor Ag-Seeds Unlimited for dismissal of the within Chapter 12 case based on a default under the confirmed Chapter 12 plan.  The motion will be based on the instant notice of hearing, the motion itself, the declaration of Mark A. Serlin in support of such motion, and such other and further matters that may be susceptible to judicial notice.

///

---

Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

Not all information contained in the motion is set forth in this notice. Copies of the moving papers are available from the Clerk of the Bankruptcy Court located at 501 I Street, 3rd Floor, Sacramento, California 95814 or upon written request to the undersigned counsel at the address listed at the top of this notice.

DATED: December 29, 2017                    SERLIN & WHITEFORD, LLP

                                            By: _____*/s/ Mark A. Serlin*_____
                                                MARK A. SERLIN, Attorneys for Creditor
                                                AG-SEEDS UNLIMITED

S:\Active Files\AG-SEEDS\STEVE SAMRA FARMS\CONSPIRACY CASE\BK\court docs\default dismiss.notice.docx