Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone:      (916) 446-0790
Facsimile:      (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Creditor
AG-SEEDS UNLIMITED

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>      P&M      SAMRA      LAND<br>      INVESTMENTS, LLC,<br><br>                Debtor. | CASE NO. 15-29136<br>Chapter 12<br><br>DCN: MAS-10<br><br>**EXHIBITS   TO   DECLARATION   OF MARK  A.  SERLIN  IN  SUPPORT  OF MOTION TO DISMISS CASE BASED ON DEFAULT UNDER CONFIRMED PLAN**<br><br>Date:   February 5, 2018<br>Time:   10:00 a.m.<br>Dept:   A |

## SETTLEMENT AGREEMENT AND STIPULATION FOR PLAN TREATMENT

This settlement agreement and stipulation for plan treatment ("Agreement") is made with respect to any and all claims existing between P&M Samra Land Investments, LLC ("Debtor"), the debtor and debtor-in-possession in the bankruptcy case *In re P&M Samra Land Investments, LLC* No. 15-29136 ("Bankruptcy Case"), and Ag-Seeds Unlimited ("Creditor").

Debtor and Creditor agree to settle claims as follows:

1.     Allowed Claim.   Creditor shall be deemed to have an allowed proof of claim in the Bankruptcy Case in the amount of $170,000.00 ("Allowed Claim").

2.     Stipulation for Judgment.   Creditor, Debtor, and Debtor's principals/affiliates shall execute and deliver a stipulation for entry of judgment ("Stipulation") in the form attached hereto as Exhibit A and incorporated herein by this reference.  Payments shall be made on the dates and in the amounts set forth in the attached Stipulation.

3.     Disposition of Motions in Bankruptcy Case.   Upon receipt of this Agreement signed by Debtors and its counsel and the fully executed stipulation for entry of judgment called for by Section 2 above, Creditor shall drop/dismiss (a) its motions for contempt, (b) its opposition to confirmation of Debtor's Chapter 12 Plan, and (b) its motion for conversion for Chapter 7 in the Bankruptcy Case.

4.     Bankruptcy Court Approval.   This agreement shall be subject to Bankruptcy Court approval pursuant to Bankruptcy Rules 4001 and 9019.  Debtor shall promptly seek such approval upon appropriate notice to creditors and parties in interest in the Bankruptcy Case.

5.     Entire Agreement.   This Agreement constitutes the entire agreement between the parties, all oral agreements being merged herein, and supersedes all prior representations.  There are no representations, agreements, arrangements, or understandings, oral or written, between or among the parties relating to the subject matter of this Agreement that are not fully expressed herein.

6.     Amendment.   The provisions of this Agreement may be modified at any time by agreement of the parties.  Any such agreement hereafter made shall be ineffective to modify this Agreement in any respect unless in writing and signed by the parties against whom enforcement of the modification or discharge is sought.

7.     Waiver.   Any of the terms or conditions of this Agreement may be waived at any time by the party entitled to the benefit thereof, but no such waiver shall be valid unless in writing and signed by the party who is waiving such terms or provisions and no waiver shall affect or impair the right of the waiving party to require observance, performance or satisfaction either of that term or condition as it applies on a subsequent occasion or of any other term or condition.

**EXHIBIT A**

8.　　Succession.　Subject to the provisions otherwise contained in this Agreement, this Agreement shall inure to the benefit of and be binding on the heirs, successors and assigns of the respective parties hereto.

9.　　Severability.　If any provision of this Agreement is held by a court of competent jurisdiction to be invalid or unenforceable, the remainder of the Agreement which can be given effect without the invalid provision shall continue in full force and effect and shall in no way be impaired or invalidated.

10.　　California Law.　This Agreement shall in all respects be interpreted, enforced and governed under the laws of the State of California.

11.　　Captions, Headings.　Captions and headings used herein are for convenience only and shall have no effect on the terms and provisions of this Agreement.

12.　　Counterparts.　This Agreement may be executed in separate counterparts, by facsimile or email if convenient, each of which shall be deemed an original but which together shall be construed as one and the same document for all purposes. Furthermore, any fax or email signature hereon shall be deemed an original signature for all purposes.

13.　　No Drafting Presumption.　This Agreement was jointly negotiated and prepared and there shall be no presumptions based on drafting in the event of any dispute arising from or out of the terms of this Agreement.

14.　　Time of Essence.　Time is of the essence with respect to each and every provision of this Agreement.

15.　　Survival of Covenants.　The representations, warranties, and covenants of the parties hereto contained herein shall survive the consummation of the transactions contemplated hereby.

16.　　Power to Bind.　Each person signing this Agreement on behalf of another represents and warrants that he has the requisite power and authority to bind such person to the terms and provisions of this Agreement.

17.　　No Third Party Beneficiaries.　Except as expressly set forth herein, this Agreement is for the benefit solely of the parties hereto and there are no third party beneficiaries whatsoever, and nothing in this Agreement shall be construed as a waiver, release, or admission by or against any party not a party to this Agreement.

DATED: November 30, 2016　　　　　　P&M SAMRA LAND INVESTMENTS, LLC

By: _____

Title: _____

*I hereby confirm all signed have authority from Manjit Samra — Ned Knight 08

SETTLEMENT AGREEMENT　　　　　　　　　　　　　　　　　　　　2 of 3

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**      **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Sacramento_     )

On _Nov. 28 2016_ before me, _Jose Santiago Vega, Notary Public,_
     Date                 *Here Insert Name and Title of the Officer*

personally appeared _Manjit Samra_
                      *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
            *Signature of Notary Public*

[Notary Seal: JOSE SANTIAGO VEGA, COMM. # 2088629, NOTARY PUBLIC · CALIFORNIA, SACRAMENTO COUNTY, COMM. EXPIRES NOV. 2, 2018]

*Place Notary Seal Above*

——————— **OPTIONAL** ———————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Superior court of the State of CA Case No. 34-2014-0017_

Document Date: _____      Number of Pages: _5_    _1252_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☑ Individual    ☐ Attorney in Fact
- ☐ Trustee    ☐ Guardian or Conservator
- ☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Individual    ☐ Attorney in Fact
- ☐ Trustee    ☐ Guardian or Conservator
- ☐ Other: _____
Signer Is Representing: _____

©2015 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)    Item #5907

DATED: November ___, 2016       AG-SEEDS UNLIMITED

By: _____

Title: _____


APPROVED AS TO FORM AND CONTENT:

DATED: November ___, 2016       LAW OFFICES OF NOEL KNIGHT

By: _____

NOEL KNIGHT, Attorneys for Debtor
P&M Samra Land Investments, LLC


DATED: November ___, 2016       SERLIN & WHITEFORD, LLP

By: _____

MARK A. SERLIN, Attorneys for Creditor
Ag-Seeds Unlimited

DATED: November 23, 2016          AG-SEEDS UNLIMITED

                                   By: _____

                                   Title: _CFO / Operations Manager_


APPROVED AS TO FORM AND CONTENT:


DATED: November ___, 2016          LAW OFFICES OF NOEL KNIGHT


                                   By: _____
                                       NOEL KNIGHT, Attorneys for Debtor
                                       P&M Samra Land Investments, LLC

DATED: November 23, 2016          SERLIN & WHITEFORD, LLP


                                   By: _____
                                       MARK A. SERLIN, Attorneys for Creditor
                                       Ag-Seeds Unlimited

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**          CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of _Sacramento_____          )

On _11/23/16_____ before me, _Sarah Tarplee, notary public_____,
      Date                              Here Insert Name and Title of the Officer
personally appeared _Kevin D. Smith_____
                                    Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _D. Tarplee_____
              Signature of Notary Public

SARAH TARPLEE
COMM. # 2068030
NOTARY PUBLIC • CALIFORNIA
SACRAMENTO COUNTY
Comm. Expires MAY 31, 2018

*Place Notary Seal Above*

─────────────── **OPTIONAL** ───────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____          Signer's Name: _____
☐ Corporate Officer — Title(s): _____          ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General          ☐ Partner — ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact          ☐ Individual          ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator          ☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____          ☐ Other: _____
Signer Is Representing: _____          Signer Is Representing: _____
_____          _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Plaintiff
AG-SEEDS UNLIMITED

SUPERIOR COURT OF THE STATE CALIFORNIA

FOR THE COUNTY OF SACRAMENTO

| | |
|---|---|
| AG-SEEDS UNLIMITED, | CASE NO. 34-2014-00171252 |
| Plaintiff, | Unlimited Civil |
| vs. | **STIPULATION FOR ENTRY OF JUDGMENT** |
| PAUL SAMRA, MANJIT SAMRA, SUKHDEEP GILL, P&M SAMRA LAND INVESTMENTS, LLC, STONE LAKE FARM ENTERPRISES, INC., NKS FARMS, INC., AND DOES 1-20, INCLUSIVE, | |
| Defendants. | |

This stipulation for entry of judgment ("Stipulation") is entered into by and between plaintiff Ag-Seeds Unlimited ("Creditor") and defendants P&M Samra Land Investments, LLC ("P&M"), Stone Lake Farm Enterprises, Inc., NKS Farms, Inc., Paul Samra, Manjit Samra, and Sukhdeep Gill (collectively, "Debtors") as of November 18, 2016 as follows:

R E C I T A L S

A.    Creditor sued Debtors herein for various tort claims.

B.    Creditor and Debtors wish to resolve their differences and therefore are entering into this Stipulation.

**EXHIBIT A**

1    NOW THEREFORE, in consideration of the foregoing recitals and other good and valuable

2  consideration, the receipt and sufficiency of which are hereby acknowledged, Creditor and Debtors

3  hereby agree as follows:

4    1.    Stipulation for Judgment.    Subject to the terms hereof, Creditor shall be entitled

5  to obtain a judgment against Debtors, jointly and severally, in the principal amount of $213,170.60

6  plus attorneys' fees and costs of $17,855.25 for a total of $231,025.85 plus interest thereon at the

7  rate of ten percent (10%) per annum from and after November 18, 2016, less any payments actually

8  received as of the date of any default hereunder but not including any payments which became the

9  subject of a preference recovery action under 11 U.S.C. §547, California Code of Civil Procedure

10  §1800 et seq., and/or substantially similar statutes, rules, or case authority. Creditor shall dismiss

11  Sukhdeep Gill from this action without prejudice and she shall be relieved of all obligations

12  hereunder upon receipt of the initial payment due under section 2 below.

13    2.    Payments.    Debtors shall make a payment to Creditor in the amount of $20,000.00

14  on or before January 31, 2017.   Debtors shall also make five (5) annual payments to Creditor of

15  not less than $30,000.00 each by December 15 of each year for five (5) consecutive years

16  commencing in 2017.   Notwithstanding any contrary provision contained herein, full payment of

17  the foregoing shall be made under this section 2 not later than December 15, 2022.

18    3.    Payment Instructions.    The payments described herein shall be made payable to

19  Ag-Seeds Unlimited and shall be sent to:

20        Mark A. Serlin
        SERLIN & WHITEFORD, LLP
21        700 E Street
        Sacramento, CA 95814
22

23    Debtors shall bear the risk of non-receipt.   Any payment dates described herein shall mean

24  the date by which the payment is to be received.   There shall be no penalty for early payment in

25  whole or in part the obligations of Debtors herein.

26  //

27  //

28  //

---

STIPULATION FOR ENTRY OF JUDGMENT                    2                    *Ag-Seeds v. Samra, et al.*
                                                                          Case No. 34-2014-00171252

4.     Dismissal/Default.   If Debtors fully and timely pay as set forth in section 2 above, then Creditor shall dismiss the within action with prejudice and provide a release of attachment. In the event that any payment required of Debtors hereunder is not fully and timely made, the provisions of this section 4 shall apply:

A)     Creditor may obtain a judgment in the amount set forth in section 1 above upon ex parte application on five (5) business days' notice via fax/email to Debtors' counsel of record herein, during which time Debtors may cure the default.   Such judgment shall have the same force and effect as if rendered after trial.   The application for judgment need only be supported by a declaration by Creditor or its attorney that a default by Debtors hereunder has occurred and an accounting of all payments made, if any.   Creditor may employ any and all means of enforcing such judgment, including but not limited to appointment of a receiver, which may be done on an ex parte basis, without bond.   Such remedies may be pursued by Creditor concurrently or in any order as Creditor may deem fit in its sole and absolute discretion.

B)     All expenses of actions taken to enforce such judgment following default hereunder, including but not limited to attorneys' fees and costs incurred by Creditor, shall be added to and collected pursuant to the judgment.   Said expenses may be added to the judgment by way of supplemental cost bill(s).

5.     Counterparts.   This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.   All signatures hereon must be notarized.

6.     Security.   As security for Debtors' obligations hereunder, P&M consents to an attachment lien on the real property located at 4604 Garden Highway, Nicolaus, California 95659 (the "Property") in favor of Creditor.   Debtors specifically shall stipulate to a right to attach order and order for issuance of writ of attachment in the form attached hereto as Exhibit A. Notwithstanding any contrary provision contained herein, upon the sale, transfer, encumbrance, mortgage, or pledge of the Property, or any part thereof, whether voluntarily or involuntarily, all sums due hereunder shall be immediately due and payable without notice or demand.

//

7.    <u>No Third Party Beneficiaries/Miscellaneous</u>.    This agreement is solely for the benefit of Debtors and Creditor, and there are no third party beneficiaries.   Debtors specifically waive the right to modify, reduce, or appeal from any judgment entered pursuant to the terms hereof.   Debtors specifically agree that in any bankruptcy or insolvency proceeding involving Debtors, or either of them, Creditor's claim in such proceeding shall be the amount set forth in section 1 above.   This Stipulation is the full and final agreement between the parties and supersedes all other negotiations and agreements between Debtors and Creditor.   No modification, alteration, or waiver of any of the terms of this Stipulation shall be valid unless in writing and signed by both Debtors and Creditor.   This Stipulation represents an accord and satisfaction, and the terms hereof have been negotiated and shall be specifically enforceable as such.   The parties hereto shall execute and deliver such other and further documents as may be necessary or helpful to consummate the transactions contemplated hereby.   Each person signing this Stipulation on behalf of an entity represents and warrants that (s)he has the requisite power and authority to bond such entity to the terms and provisions of this Stipulation.

8.    <u>No Filing Until Default</u>.    This Stipulation shall not be filed absent a default by Debtors hereunder.

IT IS SO STIPULATED:

DATED: November 22, 2016          AG-SEEDS UNLIMITED

By: _____

Title: _CFO/Operations Manager_

DATED: November ___, 2016

_____
PAUL SAMRA, individually

DATED: November ___, 2016

_____
MANJIT SAMRA, individually

DATED: November ___, 2016

_____
SUKHDEEP GILL, individually

//

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**          CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Sacramento )
)
On 11/23/2016 before me, Sarah Tarplee, notary public,
Date                          Here Insert Name and Title of the Officer
personally appeared Kevin D. Smith
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SARAH TARPLEE
COMM. # 2068030
NOTARY PUBLIC • CALIFORNIA
SACRAMENTO COUNTY
Comm Expires MAY 31, 2018

Signature _____
Signature of Notary Public

*Place Notary Seal Above*

———————————— **OPTIONAL** ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

7. <u>No Third Party Beneficiaries/Miscellaneous.</u>   This agreement is solely for the benefit of Debtors and Creditor, and there are no third party beneficiaries.   Debtors specifically waive the right to modify, reduce, or appeal from any judgment entered pursuant to the terms hereof.   Debtors specifically agree that in any bankruptcy or insolvency proceeding involving Debtors, or either of them, Creditor's claim in such proceeding shall be the amount set forth in section 1 above.   This Stipulation is the full and final agreement between the parties and supersedes all other negotiations and agreements between Debtors and Creditor.   No modification, alteration, or waiver of any of the terms of this Stipulation shall be valid unless in writing and signed by both Debtors and Creditor.   This Stipulation represents an accord and satisfaction, and the terms hereof have been negotiated and shall be specifically enforceable as such.   The parties hereto shall execute and deliver such other and further documents as may be necessary or helpful to consummate the transactions contemplated hereby.   Each person signing this Stipulation on behalf of an entity represents and warrants that (s)he has the requisite power and authority to bond such entity to the terms and provisions of this Stipulation.

8. <u>No Filing Until Default.</u>   This Stipulation shall not be filed absent a default by Debtors hereunder.

IT IS SO STIPULATED:

DATED: November___, 2016                          AG-SEEDS UNLIMITED

By: _____

Title: _____

DATED: November ___, 2016

PAUL SAMRA, individually

DATED: November 28, 2016

MANJIT SAMRA, individually

DATED: November___, 2016

SUKHDEEP GILL, individually

//

---

1    DATED: November___, 2016       P&M SAMRA LAND INVESTMENTS, LLC

2

3                                  By:    _____

4                                    Title:   _____

5

6    DATED: November___, 2016       STONE LAKE FARM ENTERPRISES, INC.

7                                    By:    _____

8                                    Title:   _____

9

10   DATED: November___, 2016       NKS FARMS, INC.

11                                    By:    _____

12                                    Title:   _____

13

14       APPROVED AS TO FORM:

15   DATED: November 23, 2016       SERLIN & WHITEFORD, LLP

16                                    By:

17                                      MARK A. SERLIN, Attorneys for Plaintiff

18                                    AG-SEEDS UNLIMITED

19   DATED: November ___, 2016      LAW OFFICES OF NOEL KNIGHT

20                                    By:    _____

21                                    NOEL KNIGHT, Attorneys for Defendants

22                                    PAUL SAMRA, MANJIT SAMRA, P&M SAMRA LAND INVESTMENTS, LLC, STONE LAKE

23                                    FARM ENTERPRISES, INC., NKS FARMS, INC.

24   DATED: November ___, 2016      CAMERON LAW OFFICE

25

26                                    By:    _____

27                                    ROBERT S. CAMERON, Attorneys for Defendant SUKHDEEP GILL

28   S:\Active Files\AG-SEEDS\STEVE SAMRA FARMS\CONSPIRACY CASE\COURT DOCS\stip for entry of jmt.docx

---

STIPULATION FOR ENTRY OF JUDGMENT         5         *Ag-Seeds v. Samra, et al.*
Case No. 34-2014-00171252

1    DATED: November _28_, 2016      P&M SAMRA LAND INVESTMENTS, LLC

2

3         *Manjit*       X  By: _____

4                             Title: _____

5    DATED: November _28_, 2016      STONE LAKE FARM ENTERPRISES, INC.

6

7         *Manjit*     By: _____

8                           Title: _____

9

10    DATED: November ___, 2016      NKS FARMS, INC.

11

12                          By: _____

13                           Title: _____

14       APPROVED AS TO FORM:

15    DATED: November ___, 2016      SERLIN & WHITEFORD, LLP

16

17                          By: _____

18                           MARK A. SERLIN, Attorneys for Plaintiff
                                       AG-SEEDS UNLIMITED

19    DATED: November _27_, 2016      LAW OFFICES OF NOEL KNIGHT

20

21                          By: _____

22                           NOEL KNIGHT, Attorneys for Defendants
                                       PAUL SAMRA, MANJIT SAMRA, P&M SAMRA
                                       LAND INVESTMENTS, LLC, STONE LAKE

23                                       FARM ENTERPRISES, INC., NKS FARMS, INC.

24    DATED: November ___, 2016      CAMERON LAW OFFICE

25

26                          By: _____

27    *Noel Knight*         ROBERT S. CAMERON, Attorneys for Defendant
    *11/28/16*            SUKHDEEP GILL

28    S:\Active Files\AG-SEEDS\STEVE SAMRA FARMS CONSPIRACY CASE\COURT DOCS\stip for entry of jmt.docx

*✱ All parties signing have full authority to do so on behalf of Debtor & Defendant*

1   Mark A. Serlin, CSBN: 122155
     SERLIN & WHITEFORD, LLP
2   700 E Street
     Sacramento, CA 95814
3   Telephone:    (916) 446-0790
     Facsimile:     (916) 446-0791
4   Email: mserlin@globelaw.com

5   Attorneys for Plaintiff
     AG-SEEDS UNLIMITED
6

7

8                SUPERIOR COURT OF THE STATE CALIFORNIA

9                    FOR THE COUNTY OF SACRAMENTO

10

11   AG-SEEDS UNLIMITED,         )   CASE NO. 34-2014-00171252
                                   )   Unlimited Civil
12            Plaintiff,         )
13                                 )
     vs.                                 )   **STIPULATION FOR ISSUANCE OF**
14                                 )   **RIGHT TO ATTACH ORDER AND**
     PAUL SAMRA, MANJIT SAMRA,   )   **ORDER FOR ISSUANCE OF WRIT OF**
15   SUKHDEEP GILL, P&M SAMRA LAND   )   **ATTACHMENT**
     INVESTMENTS, LLC, STONE LAKE    )
16   FARM ENTERPRISES, INC., NKS     )
     FARMS, INC., AND DOES 1-20,      )
17   INCLUSIVE,                          )
18                                 )
19            Defendants.      )
20   ─────────────────────

21        This stipulation for issuance of a right to attach order and order for issuance of writ of

22   attachment is entered into by and between plaintiff Ag-Seeds Unlimited (the "Creditor") and

23   defendant P&M Samra Land Investments, LLC ("P&M"), acting by and through their counsel of

24   record, as follows:

25                               R E C I T A L S

26        A.      The parties hereto have entered into a stipulation for entry of judgment. In

27   connection with that stipulation, the parties agreed to a stipulated right to attach order and order

28   for issuance of attachment in favor of the Creditor against certain real property owned by P&M.

─────────────────────────────────
STIPULATION FOR RIGHT TO ATTACH ORDER AND      1         *Ag-Seeds v. Samra, et al.*
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT                  Case No. 34-2014-00171252

# EXHIBIT A

1       NOW THEREFORE, Creditor and P&M hereby agree as follows:

2       1.     The Creditor may obtain a right to attach order and order for issuance of attachment

3   in the form attached hereto as <u>Exhibit 1</u> from the Court and may proceed to attach the real property

4   commonly known as 4604 Garden Highway Road, Nicolaus, California 95659.

5       IT IS SO STIPULATED:

6   DATED: November 27, 2016          SERLIN & WHITEFORD, LLP

7

8                               By:   _____

9                                   MARK A. SERLIN, Attorneys for Plaintiff

10                                   AG-SEEDS UNLIMITED

11

    DATED: November ___, 2016        LAW OFFICES OF NOEL KNIGHT

12

13

14                               By:   _____

15                                   NOEL KNIGHT, Attorneys for Defendant
                                    P&M SAMRA LAND INVESTMENTS,

16                                   LLC

17

18

19

20

21

22

23   S:\Active Files\AG-SEEDS\STEVE SAMRA FARMS\CONSPIRACY CASE\COURT DOCS\stip for right to attach order.docx

24

25

26

27

28

STIPULATION FOR RIGHT TO ATTACH ORDER AND       2             *Ag-Seeds v. Samra, et al.*
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT                       Case No. 34-2014-00171252

1　　　　NOW THEREFORE, Creditor and P&M hereby agree as follows:

2　　　　1.　　The Creditor may obtain a right to attach order and order for issuance of attachment

3　in the form attached hereto as <u>Exhibit 1</u> from the Court and may proceed to attach the real property

4　commonly known as 4604 Garden Highway Road, Nicolaus, California 95659.

5　　　　IT IS SO STIPULATED:

6　DATED: November ___, 2016　　　　　　　SERLIN & WHITEFORD, LLP

7

8

9　　　　　　　　　　　　　　　　　By:　_____

　　　　　　　　　　　　　　　　　　　MARK A. SERLIN, Attorneys for Plaintiff

10　　　　　　　　　　　　　　　　　　　AG-SEEDS UNLIMITED

11　DATED: November ___, 2016　　　　　　　LAW OFFICES OF NOEL KNIGHT

12

13

14　　　　　　　　　　　　　　　　　By:　_____

15　　　　　　　　　　　　　　　　　　　NOEL KNIGHT, Attorneys for Defendant

　　　　　　　　　　　　　　　　　　　P&M SAMRA LAND INVESTMENTS,

16　　　　　　　　　　　　　　　　　　　LLC

17

18

19

20

21

22

23　S:\Active Files\AG-SEEDS\STEVE SAMRA FARMS\CONSPIRACY CASE\COURT DOCS\stip for right to attach order.docx

24

25

26

27

28

STIPULATION FOR RIGHT TO ATTACH ORDER AND　　　　2　　　　*Ag-Seeds v. Samra, et al.*
ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT　　　　　　　　　Case No. 34-2014-00171252

AT-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Mark A. Serlin, CSBN: 122155<br>SERLIN & WHITEFORD, LLP<br>700 E Street<br>Sacramento, CA 95814 | |

TELEPHONE NO.: (916) 446-0790　FAX NO. *(Optional)*: (916) 446-0790
E-MAIL ADDRESS *(Optional)*: mserlin@globelaw.com
ATTORNEY FOR *(Name)*: Ag-Seeds Unlimited

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS: 720 Ninth Street
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Gordon D. Schaber Courthouse

PLAINTIFF: Ag-Seeds Unlimited

DEFENDANT: Paul Samra, et al.

| [X] **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING**<br>[ ] **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING** | CASE NUMBER:<br>34-2014-00171252 |
|---|---|

1. a. The application of plaintiff *(name)*: Ag-Seeds Unlimited
   for 　[X] a right to attach order and order for issuance of writ of attachment
   　　　[ ] an order for issuance of additional writ of attachment
   against the property of defendant *(name)*: P&M Samra Land Investments, LLC
   came on for hearing as follows: by stipulation
   (1) Judge *(name)*:
   (2) Hearing date:　　　　Time:　　　　[ ] Dept.:　　[ ] Div.:　　[ ] Rm.:
   b. The following persons were present at the hearing:
   (1) [ ] Plaintiff *(name)*:　　　　　　(3) [ ] Plaintiff's attorney *(name)*:
   (2) [ ] Defendant *(name)*:　　　　　(4) [ ] Defendant's attorney *(name)*:

2. **THE COURT FINDS**　　　　　　　　　　　**FINDINGS**
   a. Defendant *(specify name)*: P&M Samra Land Investments, LLC is a [ ] natural person [ ] partnership
   [ ] unincorporated association [ ] corporation [X] other *(specify)*: limited liability company
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. [X] Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   g. The following property of defendant, described in plaintiffs application
   　(1) [ ] is exempt from attachment *(specify)*:

   　(2) [ ] is not exempt from attachment *(specify)*:

   h. [ ] The following property, not described in plaintiff's application, claimed by defendant to be exempt,
   　(1) [ ] is exempt from attachment *(specify)*:

   　(2) [ ] is not exempt from attachment *(specify)*:

   i. [X] An undertaking in the amount of: $ 10,000.00　is required before a writ shall issue, and plaintiff
   　　[ ] has [X] has not　filed an undertaking in that amount.
   j. A Right to Attach Order was issued on *(date)*:　　　　　　　　　　pursuant to
   　　[ ] Code of Civil Procedure section 484.090 (on hearing) [ ] Code of Civil Procedure section 485.220 (ex parte)
   k. [ ] other *(specify)*:

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>AT-120 [Rev. July 1, 2010] | **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER<br>FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)** | Code of Civil Proc., §§ 482.030, 484.090;<br>Welfare & Institutions Code, § 15657.01 |
|---|---|---|



# EXHIBIT 1



AT-120

| SHORT TITLE: Ag-Seeds Unlimited v. Paul Samra, et al. | CASE NUMBER:<br>34-2014-00171252 |

### ORDER

3. THE COURT ORDERS
   a. Plaintiff has a right to attach property of defendant *(name):* P&M Samra Land Investments, LLC

   in the amount of: $170,000.00

   b. [ ]  The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.

   c. The clerk shall issue  [X]  a writ of attachment   [ ]  an additional writ of attachment  in the amount stated in item 3a

        [ ]  forthwith  [X]  upon the filing of an undertaking in the amount of: $ 10,000.00

        (1) [X] for any property of a defendant who is **not** a natural person for which a method of levy is provided.* limited to below described property.

        (2) [ ]  for the property of a defendant who is a natural person that is subject to attachment under Code of Civil
               Procedure section 487.010 described as follows *(specify):*

                    * Real property commonly known as 4604 Garden Highway, Nicolaus,
                    California 95659

        (3) [ ]  for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale
               of such property, described as follows *(specify):*

        (4) [ ]  for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license
               number is *(specify):*

   d. [ ] Defendant shall transfer to the levying officer possession of
        (1) [ ]  any documentary evidence in defendant's possession of title to any property described in item 3c;
        (2) [ ]  any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
        (3) [ ]  the following property in defendant's possession *(specify):*

> **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST
> AND PUNISHMENT FOR CONTEMPT OF COURT.**

   e. [ ] Other *(specify):*

   f. Total number of boxes checked in item 3: __3__

Date: _____

_____
JUDICIAL OFFICER

AT-120 [Rev. July 1, 2010]

**RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR
ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**

Page 2 of 2



# SERLIN & WHITEFORD, LLP
## ATTORNEYS AT LAW

700 E Street
Sacramento, CA 95814

Telephone (916) 446-0790
Telecopier (916) 446-0791

Mark A. Serlin
mserlin@globelaw.com

Kevin P. Whiteford
kwhiteford@globelaw.com

October 12, 2017

Noel Knight
LAW OFFICES OF NOEL KNIGHT
800 J Street, Suite 441
Sacramento, CA 95814

Re:     **Ag-Seeds Unlimited v. Paul Samra, et al.**
        Sacramento County Superior Court Case No. 34-2014-00171252

Dear Mr. Knight:

This is a friendly reminder that the first annual payment of $30,000.00 pursuant to the stipulation for entry of judgment entered into by the parties in this matter is due by December 15, 2017.

Very truly yours,

MARK A. SERLIN

MAS/ms
S:\Active Files\AG-SEEDS\STEVE SAMRA FARMS\CONSPIRACY CASE\CORRES\knight.ltr3.docx

**EXHIBIT B**

**Mark Serlin**

| | |
|---|---|
| **From:** | Mark Serlin <mserlin@globelaw.com> |
| **Sent:** | Monday, December 18, 2017 2:25 PM |
| **To:** | Noel Knight (lawknight@hotmail.com) |
| **Subject:** | Ag-Seeds v. Samra, et al. |

The payment due on December 15, 2017 under the forbearance agreement and stipulation for judgment was not made.   Your clients are thus in default under those agreements.   We will apply for judgment unless the default is cured within 5 calendar days as per the stipulation.   Nothing contained herein shall be construed as a waiver of any rights and remedies of my client under any of the agreements now in place.

Mark Serlin

**EXHIBIT C**