Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone:   (916) 446-0790
Facsimile:    (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Creditor
AG-SEEDS UNLIMITED

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>P&M SAMRA LAND INVESTMENTS, LLC,<br><br>Debtor. | CASE NO. 15-29136<br>Chapter 12<br><br>DCN: MAS-10<br><br>**PROOF OF SERVICE**<br><br>Date:   February 5, 2018<br>Time:  10:00 a.m.<br>Dept:   A |

    I am a resident of or employed in the County of Sacramento. I am over the age of eighteen (18) years and not a party to the within action. My business address is 700 E Street, Sacramento, California 95814.

    On December 29, 2017, I served the within:

- **NOTICE OF HEARING ON MOTION TO DISMISS CASE BASED ON DEFAULT UNDER CONFIRMED PLAN**

- **MOTION TO DISMISS CASE BASED ON DEFAULT UNDER CONFIRMED PLAN**

- **DECLARATION OF MARK A. SERLIN IN SUPPORT OF MOTION TO DISMISS CASE BASED ON DEFAULT UNDER CONFIRMED PLAN**

- **EXHIBITS TO DECLARATION OF MARK A. SERLIN IN SUPPORT OF MOTION TO DISMISS CASE BASED ON DEFAULT UNDER CONFIRMED PLAN**

in the manner indicated below on the following parties:

_____
PROOF OF SERVICE                              1              *In re: P&M Samra Land Investments, LLC*
                                                                                                                  Case No. 15-29136

| | |
|---|---|
| P&M Samra Land Investments LLC<br>4604 Garden Highway<br>Nicolaus, CA 95659<br>***Debtor via U.S. mail*** | Noel Knight<br>800 J Street, #441<br>Sacramento, CA 95814<br>Emails: noelknight@yahoo.com<br>          lawknight@hotmail.com<br>***Debtor's Counsel via email*** |
| Jan Johnson<br>1500 W. El Camino Ave #197<br>Sacramento, CA 95833<br>Email: ch12@jpj13trustee.com<br>***Trustee via email*** | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814<br>Email: ustpregion17.sc.ecf@usdoj.gov<br>***U.S. Trustee via email*** |
| Paul Cotter<br>Socotra Capital, Inc.<br>2208 29th Street, Suite 100<br>Sacramento, CA 95817<br>Emails: paul@socotracapital.com<br>        tami@socotracapital.com<br>***Special Notice (Pettit Trust, Gary Roller, Gary E. Roller Profit Sharing Plan, The Socotra Fund, LLC) via email*** | Dennis B. Hill<br>D.B. Hill, APLC<br>354 F Street<br>Lincoln, CA 95648<br>Email: dennis@dbhilllaw.com<br>***Special Notice (Paul Hundal) via email*** |
| IRA Services Trust Co. CFBO<br>Skankuntala D. Saini<br>195 Anaheim Trrace<br>Sunnyvale, CA 94086<br>***Special Notice via U.S. mail*** | |

[XX] BY ELECTRONIC SERVICE: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

**AND**

    I served the within:

- **NOTICE OF HEARING ON MOTION TO DISMISS CASE BASED ON DEFAULT UNDER CONFIRMED PLAN**

    I served the document(s) on the person(s) below, as follows (name/address/fax number or e-mail address, if applicable, and time of service, if personal service was used):

| | |
|---|---|
| CEL Holding LLC<br>c/o Jim Phelps<br>3800 SW Cedar Hills Blvd #165<br>Beaverton, OR 97005 | Franchise Tax Board Bankruptcy Section<br>MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |

---

PROOF OF SERVICE          2          *In re: P&M Samra Land Investments, LLC*<br>                                                                                       Case No. 15-29136

| | |
|---|---|
| Glen E. Gates<br>Pascuzzi, Pascuzzi & Stoker<br>2377 W. Shaw Avenue, Suite 101<br>Fresno, CA 93711-3438 | Henry Richard Thiel<br>Successor Trustee of Thiel Family Trust<br>c/o Michael Thiel<br>4604 Garden Highway<br>Nicolaus, CA 95659 |
| Mural Media LLC 401K and CEL Holding LLC<br>12655 SW Center St, Ste 135<br>Beaverton, OR 97005-1623 | Scott Chau<br>1506 Wheatley Place<br>San Jose CA 95121-1986 |
| Charles Ortiz<br>971 Hood Franklin Rd<br>Hood CA 95639 | Southern Counties Oil Co., a CA LP<br>1800 W. Katella Avenue, Ste. 400<br>Orange, CA 92867-3449 |

[XX]  BY UNITED STATES MAIL placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in United States post office mailbox at Sacramento, California, address shown hereinabove.

( )  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(XX)  placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ]  BY OVERNIGHT DELIVERY. I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) shown herein above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]  BY FACSIMILE transmitting a true copy thereof into a facsimile machine to the fax number provided by the person shown herein above.

[ ]  BY PERSONAL SERVICE by causing delivery by hand and leaving a true copy with a person at the address shown herein above.

[ ]  BY CERTIFIED MAIL - RETURN RECEIPT UNITED STATES MAIL placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, addressed to the person(s) at the address(es) listed above by certified mail and acknowledgment of receipt of service, postage prepaid on date set below from Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 29, 2017at Sacramento, California.

_/s/ Mor Saetern_
MOR SAETERN

S:\Active Files\AG-SEEDS\STEVE SAMRA FARMS\CONSPIRACY CASE\BK\court docs\default dismiss.pos.docx

---

PROOF OF SERVICE    3    *In re: P&M Samra Land Investments, LLC*
Case No. 15-29136