JAN P. JOHNSON
Standing Chapter 12 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
1500 W. El Camino Ave., #197
Sacramento, CA 95833
(916) 239-6677
Ch12@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No:15-29136-A-12 |
| --- | --- | --- |
| | ) | DC No.: JPJ-2 |
| P&M SAMRA LAND INVESTMENTS, LLC, | ) ) ) | **TRUSTEE'S MOTION TO DISMISS** |
| | ) ) | DATE: FEBRUARY 5, 2018 |
| | ) | TIME: 10:00 A.M. |
| Debtor(s) | ) | COURTROOM: 28 |

JAN P. JOHNSON, CHAPTER 12 TRUSTEE, hereby moves the Court for an Order Dismissing this case pursuant to 11 U.S.C. §1208, and as supported by the attached declaration for the following reason(s):

///

///

1

The debtor is delinquent to the trustee in the amount of $76,644.93 which represents the annual plan payment that was due on December 25, 2017. Before this motion will be heard, an additional monthly plan payment in the amount of $6,875.00 will also be due. There is cause to dismiss this case pursuant to 11 U.S.C. §§1208(c)(1) and (c)(6).

WHEREFORE, the Trustee asks that the Court grant an Order Dismissing this proceeding.

Dated: January 17, 2018

/s/ Karin M. Bruce
KARIN M. BRUCE, Attorney for Trustee