Noel Knight, Esq.
SBN #223821
The Law Offices of Noel Knight
800 J Street, #441,
Sacramento, CA 95814
Tel: 510-435-9210 – cell/text
Fax: 510-281-6889

Attorneys for Debtor…

P & M Samra Land Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>P&M SAMRA LAND INVESTMENTS, LLC<br><br>　　　Debtor and Debtor-in-Possession. | **Case No: 2015 – 29136-A-12**<br><br>**DCN: MAS-10**<br><br>**RESPONSE TO MOTION FROM AG – SEEDS UNLIMITED TO DISMISS CASE BASED ON DEFAULT UNDER CONFIRMED PLAN** |

　　　Debtor P & M SAMRA LAND INVESTMENTS, LLC of Nicolaus, California by and through their undersigned attorney, hereby submits this Response to Ag – Seeds Unlimited's Motion to Dismiss Case Based on Default Under Confirmed Plan, as follows…

## PREFACE

　　　Debtor is behind on key end of 2017 payments to Trustee and various creditors but asks that its Chapter 12 not be dismissed as it will shortly be back on track with regard to its financial obligations and commensurate thereto, has under separate cover submitted a request to this Court to modify payments under its Plan pursuant to U.S.C 11 §1229.

RESPONSE TO AG – SEEDS MOTION TO DISMISS AS PER DEFAULT

1

## PAYMENTS TO THE TRUSTEE

1. Debtor has been making monthly payments to the Trustee since April of 2017.

2. Debtor had end of 2017 payments due as follows…

3. Debtor is in arrears as to these payments to the Trustee as its' entire corn harvest and shipment and operation loan payment mechanism is delayed as result of circumstances beyond its control; as described above in "Status of the Debtor."

## FINANCIAL STATUS OF THE DEBTOR AND THE CONFIRMED PLAN

1. On March 29, 2017 the Debtor's Chapter 12 Plan was confirmed by this Court.

2. On or about April of 2017, the Debtor received a $1,000,000 fulfillment contract for organic corn from a major California organic poultry supplier.

3. On or about April 29, 2017, Debtor received a $441,000 operating loan from a Sacramento area agricultural development bank; First Northern Bank.

4. Since April of 2017, Debtor has been making plan payments to Trustee Jan Johnson.

5. Debtor's Plan was confirmed end of March 2017 and it secured its operating loan in April of 2017. As result, its corn planting was late in 2017 and its subsequent harvest is late and is still ongoing as of the filing of this motion.
Harvest proceeds are being used to pay off the operating loan. As soon as the operating loan is paid, First Northern will be both providing Debtor with a development loan almost twice the amount of its 2017 loan and will be moving to refinance the Debtor's Nicolaus property which will take care of all existing Chapter 12 creditors; See – **Exhibit A**; Letter from First Northern Bank.

6. Debtor is in arrears to its payments to the Trustee and other creditors as its' entire corn planting, shipment, and operating loan payment mechanism is delayed as result of circumstances beyond its control; nevertheless, everything is coming together and the Debtor needs additional time to get its payments back on track.

Respectfully Submitted,

Dated:  January 12, 2018              LAW OFFICES OF NOEL KNIGHT

                                          By:    /s/ Noel Knight
                                                 Noel Knight
                                                 Attorney for the Debtor P & M Samra Land Investments LLC