```
 1  Noel Knight, Esq.
    SBN #223821
 2  The Law Offices of Noel Knight
    800 J Street, #441,
 3  Sacramento, CA 95814
    Tel: 510-435-9210 – cell/text
 4  Fax: 510-281-6889
 5
    Attorneys for Debtor…
 6
    P&M SAMRA LAND INVESTMENTS, LLC
 7
```

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No. 2015 – 29136 |
| P&M SAMRA LAND INVESTMENTS, LLC, | DCN: MAS - 08 |
| Debtor and Debtor-in-Possession. | **DEBTOR'S EXHIBIT…** |
| | **IN SUPPORT OF DEBTOR'S RESPONSE TO THE MOTION TO DISMISS OF AG-SEEDS UNLIMITED** |
| | Date: February 5, 2018 |
| | Time: 10:00 a.m. |
| | Place: 501 I St., Courtroom 28, Dept. A |
| | Sacramento, CA |
| | Judge: Hon. Michael S. McManus |

**EXHIBIT IN SUPPORT OF DEBTOR'S RESPONSE TO THE MOTION TO DISMISS OF AG-SEEDS UNLIMITED**

EXHIBITS TO MOTION TO CONFIRM

1

P&M SAMRA LAND INVESTMENTS, LLC, the debtor in the above-captioned bankruptcy proceeding (the "Debtor"), by and through their undersigned attorney, hereby submits an exhibit pursuant to Local Bankruptcy Rule 9004 – 1 (a) as follows….

**Attached hereto and marked accordingly are the following exhibit…**

# EXHIBIT

1. Exhibit "A" - Letter & Statement from First Northern Bank

EXHIBITS TO MOTION TO CONFIRM



# FIRST NORTHERN BANK

Noel Knight, Esq.
SBN #223821
The Law Offices of Noel Knight
800 J Street, #441,
Sacramento, CA 95814
Tel: 510-435-9210 – cell/text
Fax: 510-281-6889
Clerk: 916 273 2406

Mr. Knight,

Pursuant to your request, I am confirming that First Northern Bank provided Stone Lake Farm Enterprises Inc. with an operating loan for 2017 crop financing totaling $425,000 on April 26, 2017.

Upon satisfaction of the 2017 operating loan, I will begin reviewing the 2018 operations proposed to be undertaken by Stone Lake Farm Enterprises Inc. It is noted that no commitment of funds have been made as of today, 1/11/2018 for Stone Lake Farm Enterprises Inc.'s 2018 operations.

Furthermore, discussions are underway regarding a refinance of P&M Samra Land Investments, LLC on property located in Nicolaus CA. It is noted that no commitment of funds have been made as of today, 1/11/2018 for P&M Samra Land Investments, LLC refinance.

Any final loan commitments, should we choose to issue, is subject to the Bank's formal approval of a request after it has been fully underwritten.

Sincerely,

Matt Peyret
Vice President, Commercial Loan Officer
530-406-2053