Noel Knight, Esq.
SBN #223821
The Law Offices of Noel Knight
800 J Street, #441,
Sacramento, CA 95814
Tel: 510-435-9210 – cell/text
Fax: 510-281-6889

Attorneys for Debtor…

P & M Samra Land Investments, LLC

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| IN RE:<br><br>P&M SAMRA LAND INVESTMENTS, LLC<br><br>Debtor and Debtor-in-Possession. | **Case No: 2015 – 29136-A-12**<br><br>**DCN: JPJ - 2**<br><br>**OPPOSITION TO TRUSTEE JAN P. JOHNSON'S TO DISMISS CASE BASED ON DEFAULT UNDER CONFIRMED PLAN** |

Debtor P & M SAMRA LAND INVESTMENTS, LLC of Nicolaus, California by and through their undersigned attorney, hereby submits this Opposition to Trustee Jan P. Johnson's Motion to Dismiss Case Based on Default Under Confirmed Plan, as follows…

Your Honor, there is no need to dismiss this case; please do not.

The reality is that every penny of Debtor's corn income, by agreement, goes directly to First Northern Bank until its loan is satisfied; this has been the case since November with satisfaction expected in the next few weeks.

The Debtor is requesting a 2 month §1229 adjustment to its payment timeline during which time its coffers will be flush once more and its payment arc will be back on track.

To wit, Debtor is wanting to shift all December 2017 payments to March 26, 2018 and if for some reason Debtor misses any of the rescheduled payments, it will dismiss its Chapter 12 on its own motion; yet such an event will not occur as the circumstances are as such…

a. Although Debtor missed its December 2017 payments prior to that deadline it had been making its regular payments.

b. Although Debtor has a $1 mm fulfillment contract for organic corn, due to delays in tilling and planting, it is just now getting the majority of that corn to the buyer; and commensurately satisfying the $425,000 + operating loan from First Northern Bank which by agreement has to receive all corn income…first, until loan satisfied.

c. Within the next 3 – 4 weeks, Debtor will have access to both corn income above that which had to be directed to the bank as well as new funds from the 2nd First Northern operating loan; projected to be valued at around $750,000.

d. Furthermore, First Northern Bank has gotten behind the Samra Family to the point that it's that bank's intention to refinance the Nicolaus property which would of course render the moot the need for the Chapter 12.

Under separate cover the Debtor has submitted a request under **11 U.S.C. 1229**.

Accordingly, Debtor respectfully requests that this Court not dismiss this case and allow Debtor the opportunity to modify its Chapter 12 payment obligations.

Respectfully Submitted,

Dated: January 22, 2018

LAW OFFICES OF NOEL KNIGHT

By: /s/ Noel Knight
Noel Knight
Attorney for the Debtor P & M Samra Land Investments LLC