Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Creditor
AG-SEEDS UNLIMITED

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>P&M SAMRA LAND INVESTMENTS, LLC,<br><br>Debtor. | CASE NO. 15-29136<br>Chapter 12<br><br>DCN: MAS-10<br><br>**REPLY TO OPPOSITION TO MOTION TO DISMISS CASE BASED ON DEFAULT UNDER CONFIRMED PLAN**<br><br>Date: February 5, 2018<br>Time: 10:00 a.m.<br>Dept: A |

Creditor Ag-Seeds Unlimited ("Ag-Seeds") hereby submits this reply to the opposition to motion to dismiss submitted by the debtor, P&M Samra Land Investments, LLC ("Debtor"). The Debtor's reply contains essentially no competent admissible evidence and instead is literally a plea on bended knee for more time to accomplish what the Debtor already has had three years to accomplish in Chapter 12. While claiming that its real property had more than enough equity to pay all secured debt in full, the Debtor has apparently done next to nothing to pay down that debt, much less make payments on that debt as and when due under its confirmed plan. Moreover, the Debtor has provided, at best, a very weak explanation as to why this situation has come to pass. Importantly, no explanation whatsoever is given as to why the Debtor did not approach the creditors well before now to explain its supposed situation and the Debtor has failed to present any

evidence for its claim that the harvest allegedly now ongoing will be sufficient even to pay its operating debt.

    The Debtor has had ample opportunity to make good on its promises before, during, and after confirmation of its Chapter 12 plan. The Debtor has failed on all counts. It is time to put this case out of its misery and the case should be dismissed.

DATED: January 29, 2018                          SERLIN & WHITEFORD, LLP

By:      */s/ Mark A. Serlin*
        MARK A. SERLIN, Attorneys for Creditor
        AG-SEEDS UNLIMITED

S:\Active Files\AG-SEEDS\STEVE SAMRA FARMS\CONSPIRACY CASE\BK\court docs\default dismiss.reply.docx

---

REPLY TO OPPOSITION TO MOTION TO DISMISS      2      *In re: P&M Samra Land Investments, LLC*
BASED ON DEFAULT UNDER CONFIRMED PLAN                                         Case No. 15-29136