Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791
Email: ms@swllplaw.com

Attorneys for Creditor
AG-SEEDS UNLIMITED

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| In re:<br><br>P&M SAMRA LAND INVESTMENTS, LLC,<br><br>Debtor. | CASE NO. 15-29136<br>Chapter 12<br><br>DCN: NCK-014<br><br>**DECLARATION OF MARK A. SERLIN IN SUPPORT OF OBJECTION TO MOTION TO MODIFY CONFIRMED 12 PLAN**<br><br>Date: February 20, 2018<br>Time: 10:00 a.m.<br>Ctrm: A<br>Judge: McManus |

I, Mark A. Serlin, declare:

1. I am an attorney duly licensed to practice law by the State of California and am authorized to practice before this Court. I am counsel of record to creditor Ag-Seeds Unlimited. I make this declaration based on personal knowledge, and if called as a witness to testify as to matters stated herein, I would be willing and competent to do so.

2. As described to the Court and parties in open court on February 5, 2018, I will be out of the country and totally unavailable from February 19, 2018 through March 4, 2018. I specifically advised the Court that I will not be available for the continued hearing on February 20, 2018.

---

     3.     My partner, Kevin Whiteford, is unable to attend the hearing on February 20, 2018 because he has to be in Santa Cruz County for a debtor's examination in an unrelated matter. That debtor's examination was scheduled well before the February 5, 2018 hearing in this case. As such, Mr. Whiteford simply cannot attend the hearing.

     4.     I am concurrently filing an objection to the debtor's motion to modify its confirmed Chapter 12 plan. I request that the Court set a briefing schedule which takes into account my absence from the country as described above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Sacramento, California, on February 12, 2018.

                                                     */s/ Mark A. Serlin*
                                                     MARK A. SERLIN

S:\Active Files\AG-SEEDS\STEVE SAMRA FARMS\CONSPIRACY CASE\BK\court docs\2modify plan.mas decl.docx

---

DECLARATION OF SERLIN RE OBJECTION          2         *In re: P&M Samra Land Investments, LLC*
TO MOTION TO MODIFY CONFIRMED PLAN                           Case No. 15-29136