```
2
```

JAN P. JOHNSON
Standing Chapter 12 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
1500 W. El Camino Ave #197
Sacramento, California 95833
(916) 239-6677
Ch12@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| IN RE: | ) | Case No: 15-29136 A12 |
| --- | --- | --- |
| | ) | DC No:   JPJ-04 |
| | ) | |
| | ) | AMENDED |
| P&M SAMRA | ) | TRUSTEE'S OBJECTION |
| LAND INVESTMENTS LLC | ) | TO ALLOWANCE OF CLAIM |
| | ) | |
| | ) | DATE: JUNE 4, 2018 |
| | ) | TIME:   10:00 A.M. |
| Debtor(s) | ) | COURTROOM: 28 |

JAN P. JOHNSON, Standing Chapter 12 Trustee in the above referenced matter, objects to the claim of the creditor set forth below on the following grounds:

Creditor Name:                           Non-Governmental Bar Date: 03/22/2016

SOUTHERN COUNTIES OIL CO.   Governmental Bar Date: 05/23/2016

Claim Amount: $4,809.47

Claim Filed: 03/28/2017

Court's Claim Number: 10

The above noted claim was filed after the date set for filing claims pursuant to Federal Rule of Bankruptcy Procedure 3002(c) and/or the terms of the debtor's confirmed plan, and no request for extension of time was filed or approved by the Court. See exhibit A.

WHEREFORE, the Trustee requests that the claim of SOUTHERN COUNTIES OIL CO. be disallowed in its entirety.

Dated: April 4, 2018

Respectfully Submitted,

/s/ Jan P. Johnson
Standing Chapter 12 Trustee